UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR26-013-JHC |
| Plaintiff, | ) | |
| v. | ) | ORDER TO EXTEND PRETRIAL MOTIONS DEADLINE |
| DARIUS YEARBY, | ) | |
| Defendant. | ) | |

THE COURT has considered the unopposed motion to extend the pretrial motions deadline, Dkt. # 16, along with the records in this case.

IT IS ORDERED that the due date for pretrial motions is extended from March 6, 2026, to March 13, 2026.

DONE this 9th day of March 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER TO EXTEND DEADLINE FOR
PRETRIAL MOTIONS
(*United States v. Yearby*, CR26-013-JHC) - 1