UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR26-013-JHC |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER TO EXTEND PRETRIAL MOTIONS DEADLINE |
| DARIUS YEARBY, | ) ) | |
| Defendant. | ) ) ) | |

THE COURT has considered the unopposed motion to extend the pretrial motions deadline along with the records in this case. Dkt. # 22.

IT IS ORDERED that the due date for pretrial motions is extended from June 15, 2026, to June 22, 2026.

DATED this 15th day of June 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER TO EXTEND DEADLINE FOR
PRETRIAL MOTIONS
(*United States v. Yearby*, CR26-013-JHC) - 1