UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. DARIUS YEARBY, Defendant. | No. CR26-013-JHC<br><br>ORDER TO EXTEND PRETRIAL MOTIONS DEADLINE |

THE COURT has considered the unopposed motion to extend the pretrial motions deadline (Dkt. # 28) along with the records in this case.

IT IS ORDERED that the due date for pretrial motions is extended to October 26, 2026.

DONE this 14th day of October 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE